# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### DEFAULT JUDGMENT IN A CIVIL CASE

**United States of America**

       Plaintiff,

 vs.                       **CASE NUMBER:** 5:12-CV-729 (DNH/DEP)

**William Benshidah**

       Defendant

**[X]**    **Decision by the Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to defendant's failure to plead or otherwise defend this action though duly served with summons and complaint on May 8, 2012, Clerk's entry of default was entered on August 1, 2012. Therefore judgement is awarded to plaintiff for damages in the amount of $1,910.40 and pre-judgment interest in the amount of $1,650.84 for a total award of $3,561.24, plus post judgment interest pursuant to 28 USC section 1961.

DATED: October 12, 2012

                                                              Clerk of Court

                                                        /s

                                                        Nicole Killius
                                                        Deputy Clerk